UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stanley M. Newton

       v.                                         Case No. 10-cv-585-SM

Michael Astrue, Commissioner,
U.S. Social Security Administration


O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 16, 2012, no objection having been filed, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion for an Order Reversing the Decision of the Commissioner (document no. 12) is hereby denied, and the Commissioner's Motion for an Order Affirming the Decision (document no. 15) is hereby granted. The Clerk shall enter judgment in accordance with this order and close the case.

SO ORDERED.

April 11, 2012

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge

cc: Gretchen Leah Witt, AUSA
     John A. Wolkowski, Esq.